**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PERRY KING,** *on his own behalf and on*
*behalf of those similarly situated*,

      **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　Case No.  6:07-cv-78-Orl-22JGG

**FSA NETWORK, INC.,**

      **Defendant.**

_____

## ORDER

This cause is before the Court on Plaintiff's Motion for Award of Attorney's Fees and Costs (Doc. No. 24) filed on June 15, 2007.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted in part and denied in part.

On October 15, 2007 Plaintiff filed his objections to the Magistrate's Report (Doc. No. 27).  The Court notes that the Plaintiff does not object to the reduction in the number of hours found compensable, nor does he object to the reduction in the amount of costs requested. Plaintiff's sole objection is to the hourly rate that the Magistrate determined was reasonable for attorney Leach in this case.  Leach is seeking attorney's fees at the rate of $300/hour, the Magistrate determined that $160/hour was reasonable in this case.  The Court notes that Leach has only been a member of the Florida Bar since January, 2002, and a member of this Court's bar since November 2004. Yet he is seeking a fee amount commanded by attorneys with double the experience.  Further, this Court has found Mr. Leach's performance to fall below the level

expected of attorney's practicing before this Court in another matter. *See, Nadia Ibaz v. Renovatio Medical Spa, LLC,* Case No. 6:07-cv-310-Orl-22UAM, (Doc. No. 13). Finally, Plaintiff contends that the Magistrate did not recognize the novelty and difficulty of the issues involved, and that the defenses raised necessitated that discovery be totally different from the typical "run of the mill" FLSA claim. However, a review of the Plaintiff's time record entries indicate that no discovery was undertaken.

After an independent *de novo* review of the record in this matter, including the objections filed by the Plaintiff, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. Plaintiff's Objections are **OVERRULED**. The Report and Recommendation filed October 2, 2007 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion for Award of Attorney's Fees and Costs (Doc. No. 24) is granted in part and denied in part.

3. Plaintiff is hereby awarded attorney's fees in the amount of $2,864 and costs in the amount of $400.

4. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on October 19, 2007.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ANNE C. CONWAY
United States District Judge